UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTHUR T. SPRINGER,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

19 CIVIL 3740 (PGG) (JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 9, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The appeals Council plans to affirm the favorable portion of the Administrative Law Judge's decision, finding the claimant disabled from September 30, 2013, the alleged onset date, through August 17, 2015.

**Dated:** New York, New York
         January 10, 2020

                                      RUBY J. KRAJICK
                                      _____
                                         Clerk of Court
BY:
                                         _____
                                         Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/10/2020